UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES GOVERNMENT,<br><br>                    Defendant. | CASE NO. CV-13-5135-EFS<br><br>**ORDER DISMISSING LAWSUIT AND ENTERING A ONE-YEAR FILING BAR** |

On November 12, 2013, the Eastern District of Washington received a document, which the Court liberally construes as a "Complaint." ECF No. 1. John William Wallace has filed a number of pro se complaints and habeas petitions in this district over the years. *See, e.g.,* CV-93-169-WFN; CV-03-5034-EFS; CV-10-5059-EFS; CV-11-5002-EFS; CV-12-5071-EFS. The Court has repeatedly advised Mr. Wallace that he must either pay a civil filing fee or properly apply for in forma pauperis status. *See, e.g.,* CV-10-51-21-EFS; CV-11-5002-EFS; CV-12-5055-EFS, ECF No. 2; CV-12-5060-EFS, ECF No. 2. The Court has also cautioned Mr. Wallace that a failure to do so will result in a one-year filing bar. CV-10-5121-EFS, ECF No. 2; CV-11-5002-EFS, ECF No. 2; CV-12-5055-EFS, ECF No. 2; CV-12-5060-EFS, ECF No. 2. Mr. Wallace continued to fail to satisfy by this filing requirement and

ORDER - 1

one-year filing bars were entered against Mr. Wallace in this district. CV-11-5002-EFS, ECF No. 2; CV-12-5071-EFS, ECF No. 4.

This is the first complaint filed by Mr. Wallace since the entry of the most recent filing bar in 2012. Mr. Wallace again failed to either pay the civil filing fee or properly apply for in forma pauperis status. Because Mr. Wallace has been sufficiently advised of his requirement to either pay the civil filing fee or properly apply for in forma pauperis status when he files a complaint or petition, and because he has been sufficiently cautioned regarding the imposition of a one-year filing bar for his failure to abide by this requirement, the Court dismisses his instant complaint. The Court also enters a new one-year-filing bar, finding that this sanction is narrowly tailored to discourage Mr. Wallace's frivolous-filing activity. *See Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007) (recognizing a court's inherent power to regulate abusive litigant activities under exigent circumstances); *DeLong v. Hennessey*, 912 F.2d 1144, 1147-48 (9th Cir. 1990) (identifying the factors for the court to consider before entering a filing bar).

For the reasons given above, **IT IS ORDERED**:

1. Mr. Wallace's Complaint, **ECF No 1**, is **DISMISSED**.

2. The file shall be **CLOSED**.

3. An appeal in this matter will not be taken in good faith.

4. Petitioner John William Wallace is enjoined, without prior leave of Court, from filing any future lawsuit in the Eastern District of Washington, United States District Court until **November 16, 2014.**

ORDER - 2

5.   Failure to adhere to this one-year lawsuit filing bar may subject Mr. Wallace to sanctions, including civil and/or criminal contempt.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to Mr. Wallace.

**DATED** this  18th   day of November 2013.

                       s/ Edward F. Shea
                         EDWARD F. SHEA
               Senior United States District Judge

Q:\EFS\Civil\2013\5135.dismiss.bar.lc1.dotx

ORDER ~ 3